AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Apple Core, Inc., d/b/a Jack Scalisi Wholesale Fruit and Produce, a Florida corporation

*Plaintiff(s)*

v.

Scalisi Brothers, Inc., d/b/a Oceanside Produce Company, a Florida corporation

*Defendant(s)*

CASE NO: 17-cv-80181-MIDDLEBROOKS/Brannon

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Scalisi Brothers, Inc., d/b/a Oceanside Produce Company
c/o Joseph M. Scalisi, Registered Agent
2355 Vista Parkway
Suite #200
West Palm Beach, FL 33411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mr. Edward F. McHale
Mr. Carl J. Spagnuolo
McHale & Slavin, P.A.
2855 PGA Blvd.
Palm Beach Gardens, FL 33410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**SUMMONS**

Date: Feb 14, 2017

Steven M. Larimore
Clerk of Court

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts